GEORGE W. NOWELL (SBN: 83868)
PAUL B. ARENAS (SBN: 167863)
LAW OFFICES OF GEORGE W. NOWELL
100 Montgomery Street, Suite 1990
San Francisco, CA 94104-4322
Telephone: (415) 362-1333
Facsimile: (415) 362-1344

Attorneys for Plaintiff:
TOKIO MARINE & NICHIDO FIRE
CO. LTD. (U.S. BRANCH) as subrogee of
JFE SHOJI TRADE AMERICA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| TOKIO MARINE & NICHIDO FIRE CO. LTD. (U.S. BRANCH) as subrogee of JFE SHOJI TRADE AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>M/V INDIGO OCEAN, her engines, tackle, machinery, appurtenances, etc., in rem; and SK SHIPPING; SK SHIPPING CO. LTD..; SHOEI KISEN KAISHA, LTD. in personam,<br><br>Defendants. | CASE NO.:<br><br>**COMPLAINT IN REM AND IN PERSONAM FOR CARGO DAMAGE**<br><br>IN ADMIRALTY |

COMES NOW Plaintiff TOKIO MARINE & NICHIDO FIRE CO. LTD. (U.S. BRANCH) as subrogee of JFE SHOJI TRADE AMERICA, INC. ("Plaintiff" or "TOKIO MARINE"), and with this complaint alleges against the above-named vessel in rem and against the above-named defendants in personam upon information and belief:

//

//

## JURISDICTION

1. This is a case of admiralty and maritime jurisdiction, within the provisions of 28 USC § 1333 as hereinafter more fully appears, and is an admiralty and maritime claim within the meaning of Rule 9(h), Federal Rules of Civil Procedure.

## VENUE AND INTRADISTRICT ASSIGNMENT

2. Venue is proper in this District Court pursuant to 28 U.S.C. § 1391 because this is a district where a Defendant may be found, Defendant vessel may be passing through this jurisdiction and Defendant vessel and its owners are aliens.

## FIRST CLAIM FOR RELIEF

3. Plaintiff at and during the times hereinafter mentioned, was a corporation organized and existing under the laws of one of the States of the United States of America or a country of the world.

4. At and during all the times hereinafter mentioned, the in personam defendants were and now are a legal entities capable of being sued in this Court; owned, operated, managed, chartered and/or controlled the above-named Defendant vessel which is now or will be within the jurisdiction of this Court during the pendency of this action; and/or engaged in business as a common carrier of merchandise by water or land for hire, with an office, agent or doing business within the jurisdiction of this court.

5. At and during all the times and places hereinafter mentioned, each of the Defendants was the duly authorized agent, servant, or employee of the remaining Defendants, and was at all times and places mentioned herein acting within the purpose and scope of said agency, service and employment in connection with the matters herein alleged.

6. Plaintiff is the owner, shipper, consignee, forwarder (or underwriter or the assignee of one of them) of the cargo described in Exhibit A, attached hereto, and is the proper party to bring this action on its own behalf and as agent and trustee on behalf of any and all other parties interested in such cargos as their respective interests may ultimately appear.

7. Defendants and each of them carried, handled, was the bailee of, consolidated, forwarded or controlled Plaintiff's personal property ("cargos") as described in Exhibit A hereto.

8. This is a case of cargo damage resulting from breach or other fault by the Defendants, and each of them, of their contractual duties as common carriers or parties to the contracts of affreightment, bailment and other contracts with respect to cargos loaded at the places described in Exhibit A, attached hereto, carried pursuant to the contracts and bills of lading identified in Exhibit A, or following therefrom and related thereto, and which were discharged and delivered damaged at the place of delivery named in Exhibit A; such damage is described in and amounting to the sums stated in Exhibit A.

9. At no time has Plaintiff been compensated for its damages as alleged above by Defendants, or any of them, despite demands made therefor. Defendants and each of them refuse and continue to refuse to pay Plaintiff's damages.

10. As a proximate result of said refusals, Plaintiff has been damaged in an amount in excess of that stated in Exhibit A. In addition to that loss, Plaintiff has incurred attorneys' fees and other recovery expenses in amounts as yet unascertained.

WHEREFORE, Plaintiff prays for relief as hereinafter set forth.

## SECOND CLAIM FOR RELIEF

11. Plaintiff incorporates Paragraphs 1 through 7 and 9 through 10 of the First Claim for Relief of this Complaint, as if herein stated in full.

12. Defendants and each of them so negligently breached their duties as common carriers, handlers, bailees, warehousemen, agents or their other capacities with respect to the cargos loaded at the places described in Exhibit A, attached hereto, and carried pursuant to the contracts and bills of lading identified in Exhibit A, that said cargos were discharged and delivered damaged at the places of destination named in Exhibit A; such damages amounting to the sums stated in Exhibit A.

13. As a direct and proximate result of the conduct as aforesaid of Defendants and each of them, Plaintiff has been damaged in an amount set forth in Exhibit A. In addition to that loss, Plaintiff has incurred attorney's fees and other recovery expenses in amounts as yet unascertained.

WHEREFORE, Plaintiff prays for relief as hereinafter set forth.

## PRAYER

WHEREFORE, Plaintiff prays:

1. That process in due form of law according the practices of this Court may issue against Defendants and each of them, in excess of the sum of $165,515.90;

2. That a decree may be entered in favor of Plaintiff against Defendants and each of them, for the amount of Plaintiff's damages, together with interest and costs incurred;

3. That process in due form of law, according to the practices of this Court in cases of admiralty and maritime jurisdiction as pertain to in rem claims for relief, may issue against the above-named vessel including the sale of the vessel;

4. For costs of suit and any recoverable attorneys fees to which Plaintiff may be entitled; and

5. For such other further and different relief as this Court may deem just and proper in the premises.

Dated: February 9, 2012

LAW OFFICES OF GEORGE W. NOWELL

By: _____
PAUL B. ARENAS
Attorneys for Plaintiff
TOKIO MARINE & NICHIDO FIRE
CO. LTD. (U.S. BRANCH) as subrogee of
JFE SHOJI TRADE AMERICA, INC.

# EXHIBIT A

| | |
|---|---|
| BILLS OF LADING NOS.: | SKSMBSSC00001000<br>SKSMBSSC00002000<br>SKSMBSSC00003000<br>SKSMINSC00001000<br>SKSMINSC00002000<br>(copies attached hereto as Exhibit B and incorporated herein by this reference). Commercial Invoices are attached to the Bills of Lading. |
| VESSEL: | M/V INDIGO OCEAN |
| VOYAGE: | 050W |
| DATE OF SHIPMENT: | On or about December 20, 2011 and January 10, 2011 |
| LAST DATE OF DELIVERY: | On or about February 11, 2011 |
| PORT OF LOADING: | Busan and Inchon, Korea |
| PORT OF DISCHARGE: | Stockton, California |
| PLACE OF LOSS: | unknown and while in the custody and control of defendants or their agents |
| DATE OF LOSS: | unknown, while in custody of defendants between December 30, 2010 and February 11, 2011 |
| SHIPPER: | DONGBU STEEL CO LTD<br>DONGBU FINANCIAL CENTER<br>891-10 DAECHI-DONG KANGNAM-KU<br>SEOUL 135-523 KOREA |
| CONSIGNEE: | DONGBU USA INC.<br>19191 S. Vermont Avenue, Suite 630<br>Torrance, CA 90502 |
| NOTIFY PARTY: | DONGBU USA INC.<br>19191 S. Vermont Avenue, Suite 630<br>Torrance, CA 90502 |
| DESCRIPTION OF CARGO: | 191 Steel Coils Double Reduced Electrolytic Tinplate (Various Specs and Sizes) |
| NATURE OF LOSS: | Physical Damage |
| AMOUNT OF DAMAGE: | In excess of $165,515.90 (including mitigation costs less salvage) |

**EXHIBIT B**

# BILL OF LADING

| ① Shipper | | ⑧ B/L NO. |
|---|---|---|
| DONGBU STEEL CO LTD<br>DONGBU FINANCIAL CENTER<br>891-10 DAECHI-DONG KANGNAM-KU<br>SEOUL 135-523 KOREA | | SKSMBSSC00001000 |

**SK shipping**

IN ACCEPTING THIS BILL OF LADING, the shipper, Owner and consignee of the goods, and holder of this bill of lading expressly accept and agree to all its stipulations exceptions and conditions, whether written, stamped or printed as fully as if signed by such shipper, Owner, consignee and/or holder. No agent is authorized to waive any of the provisions of the within clauses.
SHIPPED on board the ship named herein by the shipper herein named the goods or packages said to contain goods hereinafter described in apparent good order and condition unless otherwise stated on this Bill of Lading, to be transported from the port of loading or place of receipt with liberty to proceed via any route or ports within the scope of the voyage, to the port of discharge, or so near there to as the ship can safely get and leave, always afloat at all stages and conditions of water, and there to be delivered or transhipped on payment of the charges thereon.
THE TERM "APPARENT GOOD ORDER AND CONDITION" WHEN USED IN THIS BILL OF LADING WITH REFERENCE TO IRON, STEEL OR METAL PRODUCTS OR WOOD PRODUCTS DOES NOT MEAN THAT THE GOODS, WHEN RECEIVED, WERE FREE OF VISIBLE RUST OR MOISTURE STAINING, CHAFFING AND/OR BREAKAGE. IF THE SHIPPER SO REQUESTS, A SUBSTITUTE BILL OF LADING WILL BE ISSUED OMITTING THE ABOVE DEFINITION AND SETTING FORTH ANY NOTATIONS AS TO RUST OR MOISTURE STAINING, CHAFFING AND/OR BREAKAGE WHICH MAY APPEAR ON THE MATE'S, OR TALLY CLERKS' RECEIPTS.
IN WITNESS WHEREOF, the master or agent of the said ship has signed THREE(3)bls of lading, all of this tenor and date, ONE of which being accomplished, the others to stand void.

| ② Consignee |
|---|
| DONGBU USA INC.<br>19191 S. VERMONT AVE. SUITE 630<br>TORRANCE CA 90502 |

| ③ Notify party |
|---|
| DONGBU USA INC.<br>19191 S. VERMONT AVE. SUITE 630<br>TORRANCE CA 90502 |

It is agreed that no responsibility shall attach to the carrier or his agents for failure to notify of arrival of the goods

| ④ Vessel | ⑤ Voyage No. |
|---|---|
| INDIGO OCEAN | V - 050W |
| ⑥ Port of Loading | ⑦ Port of Discharge |
| BUSAN, KOREA | STOCKTON, USA |

## PARTICULARS FURNISHED BY SHIPPER

| ⑨ Marks and Numbers | ⑩ No. & Kind of Pkgs/Units | ⑪ Description of Goods | ⑫ Gross Weight | ⑬ Measurement |
|---|---|---|---|---|
| | | "Said to contain, carrier unable to verify number and condition of contents of bundles or containers" | | |
| CUSTOMER<br>PRODUCT<br>CUSTOMER SPEC NO.<br>P/O-NO.<br>SIZE<br>TEMPER<br>COATING<br>FINISH<br>DEST<br>COIL-NO.<br>NET WT.<br>GROSS WT. | | ITEM #2: DOUBLE REDUCED ELECTROLYTIC TIN PLATE<br>SPEC #000534, PO #: P002837/B5340311<br>TYPE:L, TEMPER:DR8 CA, FINISH: 7C,<br>COATING WT: 75/20 (8.4/2.2 G/M2) ETP BRITE<br><br>ITEM #3: DOUBLE REDUCED ELECTROLYTIC TIN PLATE<br>SPEC #000492, PO #: P002838/B4920311<br>TYPE:L, TEMPER:DR8 CA, FINISH: 7C,<br>COATING WT: 20/20 (2.2/2.2 G/M2) ETP BRITE<br><br>ITEM #4: DOUBLE REDUCED ELECTROLYTIC TIN PLATE<br>SPEC #000203, PO #: P002839/B2030311<br>TYPE:L, TEMPER:DR8 CA, FINISH: 7C,<br>COATING WT: 10/20 (1.1/2.2 G/M2) ETP BRITE<br><br>ITEM #5: DOUBLE REDUCED ELECTROLYTIC TIN PLATE<br>SPEC #000129, PO #: P002840/B1290311<br>TYPE:L, TEMPER:DR8 BA, FINISH: 7C,<br>COATING WT: 20/15 (2.2/1.7 G/M2) ETP BRITE<br><br>ITEM #6: DOUBLE REDUCED ELECTROLYTIC TIN PLATE<br>SPEC #000791, PO #: P002841/B7910311<br>** ATTACHED RIDER ** | | |
| SAY: ONE HUNDRED-FIFTY SEVEN (157) COILS | | | ONLY | "FREIGHT PREPAID" |

"NON-NEGOTIABLE"

| ⑭ Freight & Charge<br>- AS ARRANGED- | ⑮ Revenue Tons<br>1,502.380 M/T | ⑯ Rate | ⑰ Per | ⑱ Prepaid<br>YES | ⑲ Collect |
|---|---|---|---|---|---|

Shippers declared value $_____ If value is not declared limits of liability apply per clauses 2.8.14.24 and 31.

| ⑳ Freight Prepaid at<br>SEOUL KOREA | ㉒ Freight Payable at | ㉔ Place of Issue<br>SEOUL KOREA |
|---|---|---|
| ㉑ Total Prepaid in | ㉓ No. of Original B/L<br>THREE/3 | ㉕ Date of Issue<br>Dec 30 2010 |
| Laden on Board the Vessel | ㉘ For and on Behalf of the Master | |
| ㉖ Date   Dec 30 2010 | **SK shipping co., ltd.** | |

# BILL OF LADING

| ① Shipper | | ⑧ B/L NO. SKSMBSSC00001000 — ATTACHED — |
|---|---|---|
| ② Consignee | | **SK shipping** |
| ③ Notify party | | IN ACCEPTING THIS BILL OF LADING, the shipper, Owner and consignee of the goods, and holder of this bill of lading expressly accept and agree to all its stipulations exceptions and conditions, whether written, stamped or printed as fully as if signed by such shipper, Owner, consignee and/or holder. No agent is authorized to waive any of the provisions of the within clauses. SHIPPED on board the ship named herein by the shipper herein named the goods or packages said to contain goods hereinafter described in apparent good order and condition unless otherwise stated on this Bill of Lading, to be transported from the port of loading or place of receipt with liberty to proceed via any ports or ports while the scope of the voyage, to the port of discharge, or so near there to as the ship can safely get and leave, always afloat at all stages and conditions of water, and there to be delivered or transhipped on payment of the charges thereon. THE TERM "APPARENT GOOD ORDER AND CONDITION" WHEN USED IN THIS BILL OF LADING WITH REFERENCE TO IRON, STEEL OR METAL PRODUCTS OR WOOD PRODUCTS DOES NOT MEAN THAT THE GOODS, WHEN RECEIVED, WERE FREE OF VISIBLE RUST OR MOISTURE STAINING, CHAFFING AND/OR BREAKAGE. IF THE SHIPPER SO REQUESTS, A SUBSTITUTE BILL OF LADING WILL BE ISSUED OMITTING THE ABOVE DEFINITION AND SETTING FORTH ANY NOTATIONS AS TO RUST OR MOISTURE STAINING, CHAFFING AND/OR BREAKAGE WHICH MAY APPEAR ON THE MATE'S, OR TALLY CLERKS' RECEIPTS. IN WITNESS WHEREOF, the master or agent of the said ship has signed THREE(3)bills of lading, all of this tenor and date, ONE of which being accomplished, the others to stand void. |

It is agreed that no responsibility shall attach to the carrier or his agents for failure to notify of arrival of the goods.

| ④ Vessel | ⑤ Voyage No. |
|---|---|
| ⑥ Port of Loading | ⑦ Port of Discharge |

### PARTICULARS FURNISHED BY SHIPPER

| ⑨ Marks and Numbers | ⑩ No. & Kind of Pkgs/Units | ⑪ Description of Goods | ⑫ Gross Weight | ⑬ Measurement |
|---|---|---|---|---|

"Said to contain, carrier unable to verify number and condition of contents of bundles or containers"

TYPE:L, TEMPER:DR8 BA, FINISH: 7C,
COATING WT: 20/20 (2.2/2.2 G/M2) ETP BRITE

DONGBU USA PO. 2726

| COIL NO | NOS OF COIL | SIZE | NET WT. | GROSS WT. |
|---|---|---|---|---|
| 1-21,23-33,35-43,45-46,48-51 | 47 | 2.60# 0.0066"X32.3750"XC(P002837/B6340311) | 439.460M/T | 444.160M/T |
| 1-22,24 | 23 | 3.60# 0.0066"X32.3750"XC(P002838/B4920311) | 220.820M/T | 223.120M/T |
| 1-15,18-19 | 17 | 5.73# 0.0080"X32.0625"XC(P002840/B1290311) | 153.290M/T | 154.990M/T |
| 1-2,4-6,8-16,18-24 | 21 | 6.73# 0.0080"X34.0625"XC(P002841/B7910311) | 204.740M/T | 206.840M/T |
| 1-49 | 49 | 4.58# 0.0075"X35.6875"XC(P002839/B2030311) | 468.370M/T | 473.270M/T |
| TOTAL | 157 | | 1,486.680M/T | 1,502.380M/T |

COPY
NON - NEGOTIABLE

| ⑭ Freight & Charge | ⑮ Revenue Tons | ⑯ Rate | ⑰ Per | ⑱ Prepaid | ⑲ Collect |
|---|---|---|---|---|---|

Shippers declared value $ _____ . If value is not declared limits of liability apply per clauses 2.8.14.24 and 31.

| ⑳ Freight Prepaid at | ㉒ Freight Payable at | ㉔ Place of Issue |
|---|---|---|
| ㉑ Total Prepaid in | ㉓ No. of Original B/L | ㉕ Date of Issue |
| Laden on Board the Vessel | ㉘ For and on Behalf of the Master | |
| ㉖ Date | **SK shipping co.,ltd.** | |

# DONGBU USA, INC.

19191 South Vermont AVE. Suite 630
Torrance, California 90502
Tel: (310) 516-9977 Fax: (310) 516-2141

## COMMERCIAL INVOICE

| INVOICE NO | 4048 | | INVOICE DATE | 01.12.2011 |
|---|---|---|---|---|

| SOLD TO | JFE Shoji Trade America Inc.<br>340 GOLDEN SHORE, SUITE 450<br>LONG BEACH, CA 90832 USA | | |
|---|---|---|---|
| SHIP TO | BALL CORPORATION<br>300 GREGER ROAD<br>OAKDALE, CA 95361 USA | | |
| OUR REF. NO. | 2726 | CUSTOMER P.O | P002836~P002841 |
| DESTINATION | STOCKTON, CA | SHIP VIA | INDIGO OCEAN |
| E.T.A | 02.10.2011 | DUE DATE | 02.15.2011 |
| PRICE TERM | C&F STOCKTON, CA DUTY/WHARFAGE/HANDLING PAID | | |
| PAYMENT TERM | NET CASH ON FIRST FREE DAY AFTER CUSTOMS CLEARANCE | | |

@$/MT

| Size | Weight | Unit Price | Amount |
|---|---|---|---|

ITEM #1: DOUBLE REDUCED ELECTROLYTIC TIN PLATE
SPEC # 000428, PO #: P002836 / B4280311
TYPE: L, TEMPER: DR8 BA, FINISH: 7C, COATING WT: 10/20 (1.1/2.2 G/M2) ETP BRITE
BASIS WEIGHT: 55 LB (0.0061", 0.155MM) -3% / +5%,
ACTUAL WIDTH 31.6875" (805MM), ACTUAL WIDTH RANGE: -0, +0.125"
DIFFERENTIAL MARK: 3 INCH BROKEN LINE MARK ON #10 SIDE, #10 SIDE OUT
COIL ID: 16.5", OD: 60" MAX, COIL WT: 18,000 LBS MIN~25,000 LBS MAX
OIL TYPE: DOS, OIL LEVEL: 0.120~0.240 G/BB, CHEMICAL TREATMENT: CDC5
END USE: 211 X 300 WELDED SANITARY PARTED BODY CQ

ITEM #2: DOUBLE REDUCED ELECTROLYTIC TIN PLATE
SPEC # 000534, PO #: P002837 / B5340311
TYPE: L, TEMPER: DR8 CA, FINISH: 7C, COATING WT: 75/20 (8.4/2.2 G/M2) ETP BRITE
BASIS WEIGHT: 60 LB (0.0066", 0.170MM) -3% / +5%,
ACTUAL WIDTH 32.3750" (820MM), ACTUAL WIDTH RANGE: -0, +0.125"
DIFFERENTIAL MARK: 3 INCH SOLID LINE MARK ON #75 SIDE, #75 SIDE OUT
COIL ID: 16.5", OD: 60" MAX, COIL WT: 18,000 LBS MIN~25,000 LBS MAX
OIL TYPE: DOS, OIL LEVEL: 0.300~0.450 G/BB, CHEMICAL TREATMENT: CDC5
END USE: 300 X 407 WELDED SANITARY BODY

ITEM #3: DOUBLE REDUCED ELECTROLYTIC TIN PLATE
SPEC # 000492, PO #: P002838 / B4920311
TYPE: L, TEMPER: DR8 CA, FINISH: 7C, COATING WT: 20/20 (2.2/2.2 G/M2) ETP BRITE
BASIS WEIGHT: 60 LB (0.0066", 0.170MM) -3% / +5%,
ACTUAL WIDTH 32.3750" (822MM), ACTUAL WIDTH RANGE: -0, +0.125"

OIL TYPE: DOS, OIL LEVEL: 0.120~0.240 G/BB, CHEMICAL TREATMENT: CDC5
COIL ID: 16.5", OD: 60" MAX, COIL WT: 18,000 LBS MIN~25,000 LBS MAX
END USE: 300 X 407 WELDED SANITARY BODY

ITEM #4: DOUBLE REDUCED ELECTROLYTIC TIN PLATE
SPEC # 000203, PO #: P002839 / B2030311
TYPE: L, TEMPER: DR8 CA, FINISH: 7C, COATING WT: 10/20 (1.1/2.2 G/M2) ETP BRITE
BASIS WEIGHT: 68 LB (0.0075", 0.190MM) -3% / +5%,
ACTUAL WIDTH 35.6875" (906MM), ACTUAL WIDTH RANGE: -0, +0.125"
DIFFERENTIAL MARK: 3 INCH BROKEN LINE MARK ON #10 SIDE, #10 SIDE OUT
COIL ID: 16.5", OD: 60" MAX, COIL WT: 18,000 LBS MIN~25,000 LBS MAX
OIL TYPE: DOS, OIL LEVEL: 0.120~0.240 G/BB, CHEMICAL TREATMENT: CDC5
END USE: 307 X 512 WELDED SANITARY BODY

ITEM #5 DOUBLE REDUCED ELECTROLYTIC TIN PLATE
SPEC # 000129, PO #: P002840 / B1290311
TYPE: L, TEMPER: DR8 BA, FINISH: 7C, COATING WT: 20/15 (2.2/1.7 G/M2) ETP BRITE
BASIS WEIGHT: 73 LB (0.0080", 0.205MM) -3% / +5%,
ACTUAL WIDTH 32.0625" (814MM), ACTUAL WIDTH RANGE: -0, +0.125"
DIFFERENTIAL MARK: 3 INCH SOLID LINE MARK ON #20 SIDE, #20 SIDE OUT
OIL TYPE: DOS, OIL LEVEL: 0.120~0.240 G/BB, CHEMICAL TREATMENT: CDC5
COIL ID: 16.5", OD: 60" MAX, COIL WT: 18,000 LBS MIN~25,000 LBS MAX
END USE: 211 X 713 AEROSOL BODY COIL

ITEM #6: DOUBLE REDUCED ELECTROLYTIC TIN PLATE
SPEC # 000791, PO #: P002841 / B7910311
TYPE: L, TEMPER: DR8 CA, FINISH: 7C, COATING WT: 20/20 (2.2/2.2 G/M2) ETP BRITE
BASIS WEIGHT: 73 LB (0.0080", 0.205MM) -3% / +5%,
ACTUAL WIDTH 34.0625" (865MM), ACTUAL WIDTH RANGE: -0, +0.125"
OIL TYPE: DOS, OIL LEVEL: 0.120~0.240 G/BB, CHEMICAL TREATMENT: CDC5
COIL ID: 16.5", OD: 60" MAX, COIL WT: 18,000 LBS MIN~25,000 LBS MAX
END USE: 401 X 411 WELDED SANITARY BODY

<COMMON INSTRUCTION>
UNIT PRICE WILL BE CONFIRMED AFTER JFE SHOJI AND DONGBU REACH THE AGREEMENT.
15 PINHOLE SHEETS PER COIL MAX,
WELD: 2 MAX PER COIL, MUST BE FLAGGED AND HOLE PUNCHED
ACTUAL WEIGHT, NET FOR NET, DELIVERY ALLOWANCE: +/-5%
MILL'S INSPECTION TO BE FINAL, 98% COIL LINE YIELD GUARANTEE

sales$/BB

| Item | Weight | Unit Price | Total |
|---|---|---|---|
| 2. 60# 0.0066" X 32.3750" X C (P002837 / B5340311) | 439.460 | 41.37 1,406.99 USD | 618,315.83 USD |
| 3. 60# 0.0066" X 32.3750" X C (P002838 / B4920311) | 220.820 | 38.29 1,293.73 USD | 285,681.46 USD |
| 4. 68# 0.0075" X 35.6875" X C (P002839 / B2030311) | 468.370 | 41.89 1,249.08 USD | 585,031.60 USD |
| 5. 73# 0.0080" X 32.0625" X C (P002840 / B1290311) | 153.290 | 44.30 1,229.48 USD | 188,466.99 USD |
| 6. 73# 0.0080" X 34.0625" X C (P002841 / B7910311) | 204.740 | 44.57 1,229.48 USD | 251,723.74 USD |
| TOTAL : | 1486.680 | | 1,929,219.62 USD |

DONGBU USA, INC.

BILL OF LADING

| ① Shipper | ⑧ B/L NO. |
|---|---|
| DONGBU STEEL CO LTD<br>DONGBU FINANCIAL CENTER<br>891-10 DAECHI-DONG KANGNAM-KU<br>SEOUL 135-523 KOREA | SKSMBSSC00002000 |

**SK shipping**

IN ACCEPTING THIS BILL OF LADING, the shipper, Owner and consignee of the goods, and holder of this bill of lading expressly accept and agree to all its stipulations exceptions and conditions, whether written, stamped or printed as fully as if signed by such shipper, Owner, consignee and/or holder. No agent is authorized to waive any of the provisions of the within clauses.
SHIPPED on board the ship named herein by the shipper herein named the goods or packages said to contain goods hereinafter described in apparent good order and condition unless otherwise stated on this Bill of Lading, to be transported from the port of loading or place of receipt with liberty to proceed via any route or ports within the scope of the voyage, to the port of discharge, or so near there to as the ship can safely get and leave, always afloat at all stages and conditions of water, and there to be delivered or transshipped on payment of the charges thereon.
THE TERM "APPARENT GOOD ORDER AND CONDITION" WHEN USED IN THIS BILL OF LADING WITH REFERENCE TO IRON, STEEL OR METAL PRODUCTS OR WOOD PRODUCTS DOES NOT MEAN THAT THE GOODS, WHEN RECEIVED, WERE FREE OF VISIBLE RUST OR MOISTURE STAINING, CHAFFING AND/OR BREAKAGE. IF THE SHIPPER SO REQUESTS, A SUBSTITUTE BILL OF LADING WILL BE ISSUED OMITTING THE ABOVE DEFINITION AND SETTING FORTH ANY NOTATIONS AS TO RUST OR MOISTURE STAINING, CHAFFING AND/OR BREAKAGE WHICH MAY APPEAR ON THE MATE'S, OR TALLY CLERKS' RECEIPTS.
IN WITNESS WHEREOF, the master or agent of the said ship has signed THREE(3)Bills of lading, all of this tenor and date, ONE of which being accomplished, the others to stand void.

| ② Consignee |
|---|
| DONGBU USA INC.<br>19191 S. VERMONT AVE. SUITE 630<br>TORRANCE CA 90502 |

| ③ Notify party |
|---|
| DONGBU USA INC.<br>19191 S. VERMONT AVE. SUITE 630<br>TORRANCE CA 90502 |

It is agreed that no responsibility shall attach to the carrier or his agents for failure to notify of arrival of the goods

| ④ Vessel | ⑤ Voyage No. |
|---|---|
| INDIGO OCEAN | V - 050W |
| ⑥ Port of Loading | ⑦ Port of Discharge |
| BUSAN, KOREA | STOCKTON, USA |

PARTICULARS FURNISHED BY SHIPPER

| ⑨ Marks and Numbers | ⑩ No. & Kind of Pkgs/Units | ⑪ Description of Goods | ⑫ Gross Weight | ⑬ Measurement |
|---|---|---|---|---|

"Said to contain, carrier unable to verify number and condition of contents of bundles or containers"

CUSTOMER                ITEM #3: DOUBLE REDUCED ELECTROLYTIC TIN PLATE
PRODUCT                 SPEC #000594, PO #: P002663/B5940211
CUSTOMER SPEC NO.       TYPE:L, TEMPER:DR8 BA, FINISH: 7C,
P/O-NO.                 COATING WT: 75/20 (8.4/2.2 G/M2) ETP BRITE
SIZE
TEMPER
COATING                 DONGBU USA PO. 2726
FINISH
DEST
COIL-NO.
NET WT.
GROSS WT.

COPY NON NEGOTIABLE

| COIL NO | NOS OF COIL | SIZE | NET WT. | GROSS WT. |
|---|---|---|---|---|
| 22, 25 | 2 | 3.55#/0.0061"X31.6875"XC(P002663/B5940211) | 18.170M/T | 18.370M/T |
| TOTAL | 2 | | 18.170M/T | 18.370M/T |

SAY: TWO (2) COILS                                                        ONLY        "FREIGHT PREPAID"

| ⑭ Freight & Charge<br>- AS ARRANGED- | ⑮ Revenue Tons<br>18.370 M/T | ⑯ Rate | ⑰ Per | ⑱ Prepaid<br>YES | ⑲ Collect |
|---|---|---|---|---|---|

Shippers declared value $_____ If value is not declared limits of liability apply per clauses 2.8.14.24 and 31.

| ⑳ Freight Prepaid at<br>SEOUL KOREA | ㉒ Freight Payable at | ㉔ Place of Issue<br>SEOUL KOREA |
|---|---|---|
| ㉑ Total Prepaid in | ㉓ No. of Original B/L<br>THREE/3 | ㉕ Date of Issue<br>Dec 30 2010 |

Laden on Board the Vessel                ㉘ For and on Behalf of the Master

㉖ Date   Dec 30 2010                     **SK shipping co., ltd.**

# DONGBU USA, INC.

19191 South Vermont AVE. Suite 630
Torrance, California 90502
Tel: (310) 516-9977 Fax: (310) 516-2141

# COMMERCIAL INVOICE

| INVOICE NO | 4045 | | INVOICE DATE | 01.12.2011 |
|---|---|---|---|---|

| SOLD TO | JFE Shoji Trade America Inc.<br>340 GOLDEN SHORE, SUITE 450<br>LONG BEACH, CA 90832 USA | | |
|---|---|---|---|
| SHIP TO | BALL CORPORATION<br>300 GREGER ROAD<br>OAKDALE, CA 95361 USA | | |
| OUR REF. NO. | 2673 | CUSTOMER P.O | P002661~P002666 |
| DESTINATION | STOCKTON, CA | SHIP VIA | INDIGO OCEAN |
| E.T.A | 01.26.2011 | DUE DATE | 01.29.2011 |
| PRICE TERM | C&F STOCKTON, CA DUTY/WHARFAGE/HANDLING PAID | | |
| PAYMENT TERM | NET CASH ON FIRST FREE DAY AFTER CUSTOMS CLEARANCE | | |

@$/MT

| Size | Weight | Unit Price | Amount |
|---|---|---|---|

ITEM #3: DOUBLE REDUCED ELECTROLYTIC TIN PLATE
SPEC # 000594, PO #: P002663 / B5940211
TYPE: L, TEMPER: DR8 BA, FINISH: 7C, COATING WT: 75/20 (8.4/2.2 G/M2) ETP BRITE
BASIS WEIGHT: 55 LB (0.0061", 0.155MM) -3% / +5%, ACTUAL WIDTH, RANGE: -0, +0.125"
DIFFERENTIAL MARK: 3 INCH SOLID LINE MARK ON #75 SIDE, #75 SIDE OUT
OIL TYPE: DOS, OIL LEVEL: 0.120~0.240 G/BB, CHEMICAL TREATMENT: CDC5
COIL ID: 16.5", OD: 60" MAX, COIL WT: 18,000 LBS MIN~25,000 LBS MAX
END USE: 211 X 300 WELDED SANITARY PARTED BODY CO

<COMMON INSTRUCTION>
15 PINHOLE SHEETS PER COIL MAX,
WELD: 2 MAX PER COIL, MUST BE FLAGGED AND HOLE PUNCHED
ACTUAL WEIGHT, NET FOR NET, DELIVERY ALLOWANCE: +/-5%
MILL'S INSPECTION TO BE FINAL, 98% COIL LINE YIELD GUARANTEE

| | | | |
|---|---|---|---|
| 3. 55# 0.0061" X 31.6875" X C (P002663 / B5940211) | 18.170 | 1,321.04 USD | 24,003.30 USD |
| TOTAL : | 18.170 | | 24,003.30 USD |

DONGBU USA, INC.

BILL OF LADING

| ① Shipper | | ⑧ B/L NO. |
|---|---|---|
| DONGBU STEEL CO LTD<br>DONGBU FINANCIAL CENTER<br>891-10 DAECHI-DONG KANGNAM-KU<br>SEOUL 135-523 KOREA | | SKSMBSSC00003000 |

**SK shipping**

IN ACCEPTING THIS BILL OF LADING, the shipper, Owner and consignee of the goods, and holder of this bill of lading expressly accept and agree to all its stipulations exceptions and conditions, whether written, stamped or printed as fully as if signed by such shipper, Owner, consignee and/or holder. No agent is authorized to waive any of the provisions of the within clauses.
SHIPPED on board the ship named herein by the shipper herein named the goods or packages said to contain goods hereinafter described in apparent good order and condition unless otherwise stated on this Bill of Lading, to be transported from the port of loading or place of receipt with liberty to proceed via any route or ports within the scope of the voyage, to the port of discharge, or so near there to as the ship can safely get and leave, always afloat at all stages and conditions of water, and there to be delivered or transshipped on payment of the charges therein.
THE TERM "APPARENT GOOD ORDER AND CONDITION" WHEN USED IN THIS BILL OF LADING WITH REFERENCE TO IRON, STEEL OR METAL PRODUCTS OR WOOD PRODUCTS DOES NOT MEAN THAT THE GOODS, WHEN RECEIVED, WERE FREE OF VISIBLE RUST OR MOISTURE STAINING, CHAFFING AND/OR BREAKAGE. IF THE SHIPPER SO REQUESTS, A SUBSTITUTE BILL OF LADING WILL BE ISSUED OMITTING THE ABOVE DEFINITION AND SETTING FORTH ANY NOTATIONS AS TO RUST OR MOISTURE STAINING, CHAFFING AND/OR BREAKAGE WHICH MAY APPEAR ON THE MATE'S, OR TALLY CLERKS' RECEIPTS.
IN WITNESS WHEREOF, the master or agent of the said ship has signed THREE(3)bills of lading, all of this tenor and date, ONE of which being accomplished, the others to stand void.

| ② Consignee |
|---|
| DONGBU USA INC.<br>19191 S. VERMONT AVE. SUITE 630<br>TORRANCE CA 90502 |

| ③ Notify party |
|---|
| DONGBU USA INC.<br>19191 S. VERMONT AVE. SUITE 630<br>TORRANCE CA 90502 |

It is agreed that no responsibility shall attach to the carrier or his agents for failure to notify of arrival of the goods

| ④ Vessel | ⑤ Voyage No. |
|---|---|
| INDIGO OCEAN | V - 050W |
| ⑥ Port of Loading | ⑦ Port of Discharge |
| BUSAN, KOREA | STOCKTON, USA |

PARTICULARS FURNISHED BY SHIPPER

| ⑨ Marks and Numbers | ⑩ No. & Kind of Pkgs/Units | ⑪ Description of Goods | ⑫ Gross Weight | ⑬ Measurement |
|---|---|---|---|---|
| | | "Said to contain, carrier unable to verify number and condition of contents of bundles or containers" | | |
| CUSTOMER<br>SPEC<br>COATING<br>SIZE<br>COIL-NO.<br>NET WT.<br>GROSS WT.<br>DONGBU STEEL CO., LTD<br>MADE IN KOREA | | ITEM #2: DOUBLE REDUCED ELECTROLYTIC TIN PLATE<br>SPEC #000791, PO #: P002584/B7910111<br>TYPE:L, TEMPER:DR8 CA, FINISH: 7C,<br>COATING WT: 20/20 (2.2/2.2 G/M2) ETP BRITE<br><br>DONGBU USA PO. 2651 | | |

| COIL NO | NOS OF COIL | SIZE | NET WT. | GROSS WT. |
|---|---|---|---|---|
| 71 | 1 | 2.73# 0.0080"X34.0625"XC(P002584/B7910111) | 9.590M/T | 9.690M/T |
| 72 | 1 | 2.73# 0.0080"X34.0625"X6(P002584/B7910111) | 9.520M/T | 9.620M/T |
| TOTAL | 2 | | 19.110M/T | 19.310M/T |

COPY NON-NEGOTIABLE

SAY: TWO (2) COILS                                    ONLY        "FREIGHT PREPAID"

| ⑭ Freight & Charge<br>- AS ARRANGED- | ⑮ Revenue Tons<br>19.310 M/T | ⑯ Rate | ⑰ Per | ⑱ Prepaid<br>YES | ⑲ Collect |
|---|---|---|---|---|---|

Shippers declared value $_____. If value is not declared limits of liability apply per clauses 2.8.14.24 and 31.

| ⑳ Freight Prepaid at<br>SEOUL KOREA | ㉒ Freight Payable at | ㉔ Place of Issue<br>SEOUL KOREA |
|---|---|---|
| ㉑ Total Prepaid in | ㉓ No. of Original B/L<br>THREE/3 | ㉕ Date of Issue<br>Dec 30 2010 |
| Laden on Board the Vessel | | ㉖ For and on Behalf of the Master |
| ㉕ Date    Dec 30 2010 | | **SK shipping co., ltd.** |

 **DONGBU USA, INC.**
19191 South Vermont AVE. Suite 630
Torrance, California 90502
Tel: (310) 516-9977 Fax: (310) 516-2141

# COMMERCIAL INVOICE

| INVOICE NO | 4043 | | INVOICE DATE | 01.12.2011 |
|---|---|---|---|---|

| SOLD TO | JFE Shoji Trade America Inc. 340 GOLDEN SHORE, SUITE 450 LONG BEACH,CA 90832 USA | | |
|---|---|---|---|
| SHIP TO | BALL CORPORATION 300 GREGER ROAD OAKDALE,CA 95361 USA | | |
| OUR REF. NO. | 2651 | CUSTOMER P.O | P002583~P002586 |
| DESTINATION | STOCKTON, CA | SHIP VIA | INDIGO OCEAN |
| E.T.A | 01.26.2011 | DUE DATE | 01.29.2011 |
| PRICE TERM | C&F STOCKTON, CA DUTY/WHARFAGE/HANDLING PAID | | |
| PAYMENT TERM | NET CASH ON FIRST FREE DAY AFTER CUSTOMS CLEARANCE | | |

@$/MT

| Size | Weight | Unit Price | Amount |
|---|---|---|---|

ITEM #2: DOUBLE REDUCED ELECTROLYTIC TIN PLATE
SPEC # 000791, PO #: P002584 / B7910111
TYPE: L, TEMPER: DR8 CA, FINISH: 7C, COATING WT: 20/20 (2.2/2.2 G/M2) ETP BRITE
BASIS WEIGHT: 73 LB (0.0080", 0.205MM) -3% / +5%, ACTUAL WIDTH, RANGE: -0, +0.125"
OIL TYPE: DOS, OIL LEVEL: 0.120~0.240 G/BB, CHEMICAL TREATMENT: CDC5
COIL ID: 16.5", OD: 60" MAX, COIL WT: 18,000 LBS MIN~25,000 LBS MAX
END USE: 401 X 411 WELDED SANITARY BODY

<COMMON INSTRUCTION>
15 PINHOLE SHEETS PER COIL MAX,
WELD: 2 MAX PER COIL, MUST BE FLAGGED AND HOLE PUNCHED
ACTUAL WEIGHT, NET FOR NET, DELIVERY ALLOWANCE: +/-5%
MILL'S INSPECTION TO BE FINAL, 98% COIL LINE YIELD GUARANTEE

| | | | |
|---|---|---|---|
| 2. 73# 0.0080" X 34.0625" X C (P002584 / B7910111) | 19.110 | 1,126.02 USD | 21,518.24 USD |
| TOTAL : | 19.110 | | 21,518.24 USD |

DONGBU USA, INC.

BILL OF LADING

| ① Shipper | | ⑧ B/L NO. |
|---|---|---|
| DONGBU STEEL CO LTD<br>DONGBU FINANCIAL CENTER<br>891-10 DAECHI-DONG KANGNAM-KU<br>SEOUL 135-523 KOREA | | SKSMINSC00001000 |

② Consignee

DONGBU USA INC.
19191 S. VERMONT AVE. SUITE 630
TORRANCE CA 90502

③ Notify party

DONGBU USA INC.
19191 S. VERMONT AVE. SUITE 630
TORRANCE CA 90502

It is agreed that no responsibility shall attach to the carrier or his agents for failure to notify of arrival of the goods

SK shipping

IN ACCEPTING THIS BILL OF LADING, the shipper, Owner and consignee of the goods, and holder of this bill of lading expressly accept and agree to all its stipulations exceptions and conditions, whether written, stamped or printed as fully as if signed by such shipper, Owner, consignee and/or holder. No agent is authorized to waive any of the provisions of the within clauses.
SHIPPED on board the ship named herein by the shipper herein named the goods or packages said to contain hereinafter described in apparent good order and condition unless otherwise stated on this Bill of Lading, to be transported from the port of loading or place of receipt with liberty to proceed via any route or ports within the scope of the voyage, to the port of discharge, or as near there to as the ship can safely get and leave, always afloat at all stages and conditions of water, and there to be delivered or transshipped on payment of the charges thereon.
THE TERM "APPARENT GOOD ORDER AND CONDITION" WHEN USED IN THIS BILL OF LADING WITH REFERENCE TO IRON, STEEL OR METAL PRODUCTS OR WOOD PRODUCTS DOES NOT MEAN THAT THE GOODS, WHEN RECEIVED, WERE FREE OF VISIBLE RUST OR MOISTURE STAINING, CHAFFING AND/OR BREAKAGE. IF THE SHIPPER SO REQUESTS, A SUBSTITUTE BILL OF LADING WILL BE ISSUED OMITTING THE ABOVE DEFINITION AND SETTING FORTH ANY NOTATIONS AS TO RUST OR MOISTURE STAINING, CHAFFING AND/OR BREAKAGE WHICH MAY APPEAR ON THE MATE'S, OR TALLY CLERK'S RECEIPTS.
IN WITNESS WHEREOF, the master or agent of the said ship has signed THREE(3) bills of lading, all of this tenor and date, ONE of which being accomplished, the others to stand void.

| ④ Vessel<br>INDIGO OCEAN | ⑤ Voyage No.<br>V - 050W |
|---|---|
| ⑥ Port of Loading<br>INCHON, KOREA | ⑦ Port of Discharge<br>STOCKTON, USA |

PARTICULARS FURNISHED BY SHIPPER

| ⑨ Marks and Numbers | ⑩ No. & Kind of Pkgs/Units | ⑪ Description of Goods | ⑫ Gross Weight | ⑬ Measurement |
|---|---|---|---|---|

"Said to contain, carrier unable to verify number and condition of contents of bundles or containers"

CUSTOMER
SPEC
COATING
SIZE
COIL-NO.
NET WT.
GROSS WT.
DONGBU STEEL CO., LTD
MADE IN KOREA

ITEM #1: DOUBLE REDUCED ELECTROLYTIC TIN PLATE
SPEC #000428, PO #: P002836/B4280311
TYPE:L, TEMPER:DR8 BA, FINISH: 7C,
COATING WT: 10/20 (1.1/2.2 G/M2) ETP BRITE

ITEM #2: DOUBLE REDUCED ELECTROLYTIC TIN PLATE
SPEC #000534, PO #: P002837/B5340311
TYPE:L, TEMPER:DR8 CA, FINISH: 7C,
COATING WT: 75/20 (8.4/2.2 G/M2) ETP BRITE

ITEM #3: DOUBLE REDUCED ELECTROLYTIC TIN PLATE
SPEC #000492, PO #: P002838/B4920311
TYPE:L, TEMPER:DR8 CA, FINISH: 7C,
COATING WT: 20/20 (2.2/2.2 G/M2) ETP BRITE

ITEM #5: DOUBLE REDUCED ELECTROLYTIC TIN PLATE
SPEC #000129, PO #: P002840/B1290311
TYPE:L, TEMPER:DR8 BA, FINISH: 7C,
COATING WT: 20/15 (2.2/1.7 G/M2) ETP BRITE

ITEM #6: DOUBLE REDUCED ELECTROLYTIC TIN PLATE
SPEC #000791, PO #: P002841/B7910311
** ATTACHED RIDER **

(stamp: NON-NEGOTIABLE COPY)

SAY: TWENTY EIGHT (28) COILS                    ONLY    "FREIGHT PREPAID"

| ⑭ Freight & Charge<br>- AS ARRANGED- | ⑮ Revenue Tons<br>273.250 M/T | ⑯ Rate | ⑰ Per | ⑱ Prepaid<br>YES | ⑲ Collect |
|---|---|---|---|---|---|

Shippers declared value $_____ If value is not declared limits of liability apply per clauses 2.8.14.24 and 31.

| ⑳ Freight Prepaid at<br>SEOUL KOREA | ㉒ Freight Payable at | ㉔ Place of Issue<br>SEOUL KOREA |
|---|---|---|
| ㉑ Total Prepaid in | ㉓ No. of Original B/L<br>THREE/3 | ㉕ Date of Issue<br>Jan 10 2011 |

Laden on Board the Vessel                    ㉘ For and on Behalf of the Master

SK shipping co., ltd.

㉖ Date    Jan 10 2011

BILL OF LADING

| ① Shipper | | ⑧ B/L NO. SKSMINSC00001000 – ATTACHED – |
|---|---|---|
| ② Consignee | | **SK shipping** |
| ③ Notify party | | IN ACCEPTING THIS BILL OF LADING, the shipper, Owner and consignee of the goods, and holder of this bill of lading expressly accept and agree to all its stipulations exceptions and conditions, whether written, stamped or printed as fully as if signed by such shipper, Owner, consignee and/or holder. No agent is authorized to waive any of the provisions of the within clauses. SHIPPED on board the ship named herein by the shipper herein named the goods or packages said to contain goods hereinafter described in apparent good order and condition unless otherwise stated on this BL of Lading, to be transported from the port of loading or place of receipt with liberty to proceed via any route or ports within the scope of the voyage, to the port of discharge, or to near there to as the ship can safely get and leave, always afloat at all stages and conditions of water, and there to be delivered or transhipped on payment of the charges thereon. THE TERM 'APPARENT GOOD ORDER AND CONDITION' WHEN USED IN THIS BILL OF LADING WITH REFERENCE TO IRON, STEEL OR METAL PRODUCTS OR WOOD PRODUCTS DOES NOT MEAN THAT THE GOODS, WHEN RECEIVED, WERE FREE OF VISIBLE RUST OR MOISTURE STAINING, CHAFFING AND/OR BREAKAGE. IF THE SHIPPER SO REQUESTS, A SUBSTITUTE BILL OF LADING WILL BE ISSUED OMITTING THE ABOVE DEFINITION AND SETTING FORTH ANY NOTATIONS AS TO RUST OR MOISTURE STAINING, CHAFFING AND/OR BREAKAGE WHICH MAY APPEAR ON THE MATE'S, OR TALLY CLERKS' RECEIPTS. IN WITNESS WHEREOF, the master or agent of the said ship has signed THREE(3)bills of lading, all of this tenor and date, ONE of which being accomplished, the others to stand void. |
| It is agreed that no responsibility shall attach to the carrier or his agents for failure to notify of arrival of the goods | | |
| ④ Vessel | | ⑤ Voyage No. |
| ⑥ Port of Loading | | ⑦ Port of Discharge |

PARTICULARS FURNISHED BY SHIPPER

| ⑨ Marks and Numbers | ⑩ No. & Kind of Pkgs/Units | ⑪ Description of Goods | ⑫ Gross Weight | ⑬ Measurement |
|---|---|---|---|---|

"Said to contain, carrier unable to verify number and condition of contents of bundles or containers"

TYPE:L, TEMPER:DR8 CA, FINISH: 7C,
COATING WT: 20/20 (2.2/2.2 G/M2) ETP BRITE

DONGBU USA PO. 2726

| COIL NO | NOS OF COIL | SIZE | NET WT. | GROSS WT. |
|---|---|---|---|---|
| 23,25-30,32-34 | 10 | 3.60# 0.0066"X32.3750"XC(P002838/B4920311) | 99.750M/T | 100.750M/T |
| 20-24 | 5 | 5.73# 0.0080"X32.0625"XC(P002840/B1290311) | 44.350M/T | 44.850M/T |
| 3,7,17,25-27 | 6 | 6.73# 0.0080"X34.0625"XC(P002841/B7910311) | 59.540M/T | 60.140M/T |
| 1-5 | 5 | 1.55# 0.0061"X31.6875"XC(P002836/B4280311) | 46.700M/T | 47.200M/T |
| 47 | 1 | 2.60# 0.0066"X32.3750"XC(P002837/B5340311) | 9.570M/T | 9.670M/T |
| 52 | 1 | 2.60# 0.0066"X32.3750"XC(P002837/B5340311) | 10.540M/T | 10.640M/T |
| TOTAL | 28 | | 270.450M/T | 273.250M/T |

COPY NON-NEGOTIABLE

| ⑭ Freight & Charge | ⑮ Revenue Tons | ⑯ Rate | ⑰ Per | ⑱ Prepaid | ⑲ Collect |
|---|---|---|---|---|---|
| Shippers declared value $ ___ | If value is not declared limits of liability apply per clauses 2.8.14.24 and 31. | | | | |
| ⑳ Freight Prepaid at | | ㉒ Freight Payable at | | ㉔ Place of Issue | |
| ㉑ Total Prepaid in | | ㉓ No. of Original B/L | | ㉕ Date of Issue | |
| Laden on Board the Vessel | | | ㉘ For and on Behalf of the Master | | |
| ㉖ Date | | | **SK shipping co., ltd.** | | |

## DONGBU USA, INC.

19191 South Vermont AVE. Suite 630
Torrance, California 90502
Tel: (310) 516-9977 Fax: (310) 516-2141

# COMMERCIAL INVOICE

| INVOICE NO | 4051 | | INVOICE DATE | 01.20.2011 |
|---|---|---|---|---|

| SOLD TO | JFE Shoji Trade America Inc. <br> 340 GOLDEN SHORE, SUITE 450 <br> LONG BEACH, CA 90832 USA | | |
|---|---|---|---|
| SHIP TO | BALL CORPORATION <br> 300 GREGER ROAD <br> OAKDALE, CA 95361 USA | | |
| OUR REF. NO. | 2726 | CUSTOMER P.O | P002836~P002841 |
| DESTINATION | STOCKTON, CA | SHIP VIA | INDIGO OCEAN |
| E.T.A | 02.10.2011 | DUE DATE | 02.15.2011 |
| PRICE TERM | C&F STOCKTON, CA DUTY/WHARFAGE/HANDLING PAID | | |
| PAYMENT TERM | NET CASH ON FIRST FREE DAY AFTER CUSTOMS CLEARANCE | | |

@$/MT

| Size | Weight | Unit Price | Amount |
|---|---|---|---|

ITEM #1: DOUBLE REDUCED ELECTROLYTIC TIN PLATE
SPEC # 000428, PO #: P002836 / B4280311
TYPE: L, TEMPER: DR8 BA, FINISH: 7C, COATING WT: 10/20 (1.1/2.2 G/M2) ETP BRITE
BASIS WEIGHT: 55 LB (0.0061", 0.155MM) -3% / +5%,
ACTUAL WIDTH 31.6875" (805MM), ACTUAL WIDTH RANGE: -0, +0.125"
DIFFERENTIAL MARK: 3 INCH BROKEN LINE MARK ON #10 SIDE, #10 SIDE OUT
COIL ID: 16.5", OD: 60" MAX, COIL WT: 18,000 LBS MIN~25,000 LBS MAX
OIL TYPE: DOS, OIL LEVEL: 0.120~0.240 G/BB, CHEMICAL TREATMENT: CDC5
END USE: 211 X 300 WELDED SANITARY PARTED BODY CQ

ITEM #2: DOUBLE REDUCED ELECTROLYTIC TIN PLATE
SPEC # 000534, PO #: P002837 / B5340311
TYPE: L, TEMPER: DR8 CA, FINISH: 7C, COATING WT: 75/20 (8.4/2.2 G/M2) ETP BRITE
BASIS WEIGHT: 60 LB (0.0066", 0.170MM) -3% / +5%,
ACTUAL WIDTH 32.3750" (820MM), ACTUAL WIDTH RANGE: -0, +0.125"
DIFFERENTIAL MARK: 3 INCH SOLID LINE MARK ON #75 SIDE, #75 SIDE OUT
COIL ID: 16.5", OD: 60" MAX, COIL WT: 18,000 LBS MIN~25,000 LBS MAX
OIL TYPE: DOS, OIL LEVEL: 0.300~0.450 G/BB, CHEMICAL TREATMENT: CDC5
END USE: 300 X 407 WELDED SANITARY BODY

ITEM #3: DOUBLE REDUCED ELECTROLYTIC TIN PLATE
SPEC # 000492, PO #: P002838 / B4920311
TYPE: L, TEMPER: DR8 CA, FINISH: 7C, COATING WT: 20/20 (2.2/2.2 G/M2) ETP BRITE
BASIS WEIGHT: 60 LB (0.0066", 0.170MM) -3% / +5%,
ACTUAL WIDTH 32.3750" (822MM), ACTUAL WIDTH RANGE: -0, +0.125"

OIL TYPE: DOS, OIL LEVEL: 0.120~0.240 G/BB, CHEMICAL TREATMENT: CDC5
COIL ID: 16.5", OD: 60" MAX, COIL WT: 18,000 LBS MIN~25,000 LBS MAX
END USE: 300 X 407 WELDED SANITARY BODY

ITEM #4: DOUBLE REDUCED ELECTROLYTIC TIN PLATE
SPEC # 000203, PO #: P002839 / B2030311
TYPE: L, TEMPER: DR8 CA, FINISH: 7C, COATING WT: 10/20 (1.1/2.2 G/M2) ETP BRITE
BASIS WEIGHT: 68 LB (0.0075", 0.190MM) -3% / +5%,
ACTUAL WIDTH 35.6875" (906MM), ACTUAL WIDTH RANGE: -0, +0.125"
DIFFERENTIAL MARK: 3 INCH BROKEN LINE MARK ON #10 SIDE, #10 SIDE OUT
COIL ID: 16.5", OD: 60" MAX, COIL WT: 18,000 LBS MIN~25,000 LBS MAX
OIL TYPE: DOS, OIL LEVEL: 0.120~0.240 G/BB, CHEMICAL TREATMENT: CDC5
END USE: 307 X 512 WELDED SANITARY BODY

ITEM #5 DOUBLE REDUCED ELECTROLYTIC TIN PLATE
SPEC # 000129, PO #: P002840 / B1290311
TYPE: L, TEMPER: DR8 BA, FINISH: 7C, COATING WT: 20/15 (2.2/1.7 G/M2) ETP BRITE
BASIS WEIGHT: 73 LB (0.0080", 0.205MM) -3% / +5%,
ACTUAL WIDTH 32.0625" (814MM), ACTUAL WIDTH RANGE: -0, +0.125"
DIFFERENTIAL MARK: 3 INCH SOLID LINE MARK ON #20 SIDE, #20 SIDE OUT
OIL TYPE: DOS, OIL LEVEL: 0.120~0.240 G/BB, CHEMICAL TREATMENT: CDC5
COIL ID: 16.5", OD: 60" MAX, COIL WT: 18,000 LBS MIN~25,000 LBS MAX
END USE: 211 X 713 AEROSOL BODY COIL

ITEM #6: DOUBLE REDUCED ELECTROLYTIC TIN PLATE
SPEC # 000791, PO #: P002841 / B7910311
TYPE: L, TEMPER: DR8 CA, FINISH: 7C, COATING WT: 20/20 (2.2/2.2 G/M2) ETP BRITE
BASIS WEIGHT: 73 LB (0.0080", 0.205MM) -3% / +5%,
ACTUAL WIDTH 34.0625" (865MM), ACTUAL WIDTH RANGE: -0, +0.125"
OIL TYPE: DOS, OIL LEVEL: 0.120~0.240 G/BB, CHEMICAL TREATMENT: CDC5
COIL ID: 16.5", OD: 60" MAX, COIL WT: 18,000 LBS MIN~25,000 LBS MAX
END USE: 401 X 411 WELDED SANITARY BODY

<COMMON INSTRUCTION>
UNIT PRICE WILL BE CONFIRMED AFTER JFE SHOJI AND DONGBU REACH THE AGREEMENT.
15 PINHOLE SHEETS PER COIL MAX,
WELD: 2 MAX PER COIL, MUST BE FLAGGED AND HOLE PUNCHED
ACTUAL WEIGHT, NET FOR NET, DELIVERY ALLOWANCE: +/-5%
MILL'S INSPECTION TO BE FINAL, 98% COIL LINE YIELD GUARANTEE

|   |   | SalesA/BB |   | INS |
|---|---|---|---|---|
| 1. 55# 0.0061" X 31.6875" X C (P002836 / B4280311) | 46.700 | 35.17 1,299.18 USD | 60,671.71 USD | $550.- |
| 2. 60# 0.0066" X 32.3750" X C (P002837 / B5340311) | 20.110 | 41.37 1,406.99 USD | 28,294.57 USD |   |
| 3. 60# 0.0066" X 32.3750" X C (P002838 / B4920311) | 99.750 | 38.29 1,293.73 USD | 129,049.57 USD | $710.- |
| 5. 73# 0.0080" X 32.0625" X C (P002840 / B1290311) | 44.350 | 44.3 1,229.48 USD | 54,527.44 USD |   |
| 6. 73# 0.0080" X 34.0625" X C (P002841 / B7910311) | 59.540 | 44.57 1,229.48 USD | 73,203.24 USD | $410.- |

TOTAL :                                                    270.450                      345,746.53 USD

DONGBU USA, INC.

# BILL OF LADING

| ① Shipper | ⑧ B/L NO. |
|---|---|
| DONGBU STEEL CO LTD<br>DONGBU FINANCIAL CENTER<br>891-10 DAECHI-DONG KANGNAM-KU<br>SEOUL 135-523 KOREA | SKSMINSC00002000 |

**SK shipping**

IN ACCEPTING THIS BILL OF LADING, the shipper, Owner and consignee of the goods, and holder of this bill of lading expressly accept and agree to all its stipulations exceptions and conditions, whether written, stamped or printed as fully as if signed by such shipper, Owner, consignee and/or holder. No agent is authorized to waive any of the provisions of the within clauses.
SHIPPED on board the ship named herein by the shipper herein named the goods or packages said to contain goods hereinafter described in apparent good order and condition unless otherwise stated on this B/L of Lading, to be transported from the port of loading or place of receipt with liberty to proceed via any route or ports within the scope of the voyage, to the port of discharge, or so near there to as the ship can safely get and leave, always afloat at all stages and conditions of water, and there to be delivered or transhipped on payment of the charges thereon.
THE TERM 'APPARENT GOOD ORDER AND CONDITION' WHEN USED IN THIS BILL OF LADING WITH REFERENCE TO IRON, STEEL OR METAL PRODUCTS OR WOOD PRODUCTS DOES NOT MEAN THAT THE GOODS, WHEN RECEIVED, WERE FREE OF VISIBLE RUST OR MOISTURE STAINING, CHAFFING AND/OR BREAKAGE. IF THE SHIPPER SO REQUESTS, A SUBSTITUTE BILL OF LADING WILL BE ISSUED OMITTING THE ABOVE DEFINITION AND SETTING FORTH ANY NOTATIONS AS TO RUST OR MOISTURE STAINING, CHAFFING AND/OR BREAKAGE WHICH MAY APPEAR ON THE MATE'S, OR TALLY CLERKS' RECEIPTS.
IN WITNESS WHEREOF, the master or agent of the said ship has signed THREE(3) bills of lading, all of this tenor and date, ONE of which being accomplished, the others to stand void.

② Consignee
DONGBU USA INC.
19191 S. VERMONT AVE. SUITE 630
TORRANCE CA 90502

③ Notify party
DONGBU USA INC.
19191 S. VERMONT AVE. SUITE 630
TORRANCE CA 90502

It is agreed that no responsibility shall attach to the carrier or his agents for failure to notify of arrival of the goods

| ④ Vessel<br>INDIGO OCEAN | ⑤ Voyage No.<br>V - 050W |
|---|---|
| ⑥ Port of Loading<br>INCHON, KOREA | ⑦ Port of Discharge<br>STOCKTON, USA |

## PARTICULARS FURNISHED BY SHIPPER

| ⑨ Marks and Numbers | ⑩ No. & Kind of Pkgs/Units | ⑪ Description of Goods | ⑫ Gross Weight | ⑬ Measurement |
|---|---|---|---|---|

"Said to contain, carrier unable to verify number and condition of contents of bundles or containers"

CUSTOMER
PRODUCT
CUSTOMER SPEC NO.
P/O-NO.
SIZE
TEMPER
COATING
FINISH
DEST
COIL-NO.
NET WT.
GROSS WT.

ITEM #4: DOUBLE REDUCED ELECTROLYTIC TIN PLATE
SPEC #000552, PO #: P002664/B5520211
TYPE:L, TEMPER:DR8 BA, FINISH: 7C,
COATING WT: 10/20 (1.1/2.2 G/M2) ETP BRITE

DONGBU USA PO. 2673

| COIL NO | NOS OF COIL | SIZE | NET WT. | GROSS WT. |
|---|---|---|---|---|
| 23-24 | 2 | 58# 0.0064"X33.3750"X(P002664/B5520211) | 15.480M/T | 15.680M/T |
| TOTAL | 2 | | 15.480M/T | 15.680M/T |

COPY NON NEGOTIABLE

SAY: TWO (2) COILS                                      ONLY        "FREIGHT PREPAID"

| ⑭ Freight & Charge<br>- AS ARRANGED- | ⑮ Revenue Tons<br>15.680 M/T | ⑯ Rate | ⑰ Per | ⑱ Prepaid<br>YES | ⑲ Collect |
|---|---|---|---|---|---|

Shippers declared value $_____ If value is not declared limits of liability apply per clauses 2.8.14.24 and 31.

| ⑳ Freight Prepaid at<br>SEOUL KOREA | ㉒ Freight Payable at | ㉔ Place of Issue<br>SEOUL KOREA |
|---|---|---|
| ㉑ Total Prepaid in | ㉓ No. of Original B/L<br>THREE/3 | ㉕ Date of Issue<br>Jan 10 2011 |

| Laden on Board the Vessel | ㉘ For and on Behalf of the Master |
|---|---|
| ㉙ Date   Jan 10 2011 | **SK shipping co., ltd.** |

# DONGBU USA, INC.

19191 South Vermont AVE. Suite 630
Torrance, California 90502
Tel: (310) 516-9977  Fax: (310) 516-2141

# COMMERCIAL INVOICE

| INVOICE NO | 4050 | | INVOICE DATE | 01.20.2011 |
|---|---|---|---|---|

| SOLD TO | JFE Shoji Trade America Inc. | | |
|---|---|---|---|
| | 340 GOLDEN SHORE, SUITE 450 | | |
| | LONG BEACH,CA 90832 USA | | |
| SHIP TO | BALL CORPORATION | | |
| | 300 GREGER ROAD | | |
| | OAKDALE,CA 95361 USA | | |
| OUR REF. NO. | 2673 | CUSTOMER P.O | P002661~P002666 |
| DESTINATION | STOCKTON, CA | SHIP VIA | INDIGO OCEAN |
| E.T.A | 01.26.2011 | DUE DATE | 01.31.2011 |
| PRICE TERM | C&F STOCKTON, CA DUTY/WHARFAGE/HANDLING PAID | | |
| PAYMENT TERM | NET CASH ON FIRST FREE DAY AFTER CUSTOMS CLEARANCE | | |

@$/MT

| Size | Weight | Unit Price | Amount |
|---|---|---|---|

ITEM #4: DOUBLE REDUCED ELECTROLYTIC TIN PLATE
SPEC # 000552, PO #: P002664 / B5520211
TYPE: L, TEMPER: DR8 BA, FINISH: 7C, COATING WT: 10/20 (1.1/2.2 G/M2) ETP BRITE
BASIS WEIGHT: 58 LB (0.0064", 0.160MM) -3% / +5%, ACTUAL WIDTH, RANGE: -0, +0.125"
DIFFERENTIAL MARK: 3 INCH BROKEN LINE MARK ON #10 SIDE, #10 SIDE OUT
COIL ID: 16.5", OD: 60" MAX, COIL WT: 18,000 LBS MIN~25,000 LBS MAX
OIL TYPE: DOS, OIL LEVEL: 0.120~0.240 G/BB, CHEMICAL TREATMENT: CDC5
END USE: 211 X 400 WELDED SANITARY BODY

<COMMON INSTRUCTION>
15 PINHOLE SHEETS PER COIL MAX,
WELD: 2 MAX PER COIL, MUST BE FLAGGED AND HOLE PUNCHED
ACTUAL WEIGHT, NET FOR NET, DELIVERY ALLOWANCE: +/-5%
MILL'S INSPECTION TO BE FINAL, 98% COIL LINE YIELD GUARANTEE

| | | | |
|---|---|---|---|
| 4. 58# 0.0064" X 33.3750" X C (P002664 / B5520211) | 15.480 | 1,177.96 USD | 18,234.82 USD |
| TOTAL : | 15.480 | | 18,234.82 USD |

DONGBU USA, INC.