UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

TOKIO MARINE, et al.,
    Plaintiffs,

v.

M/V INDIGO OCEAN, et al.,
    Defendants.
_____/

No. C 12-0639 PJH

**ORDER RE: ATTENDANCE AT ENE**

Date:     September 25, 2012
Mediator:  Charles Donovan

    IT IS HEREBY ORDERED that the request to allow the representatives from defendant SK Shipping and SK Shipping Co., Ltd., and defendants' insurer, The Standard Club Asia, Lt.d, to appear telephonically the September 25, 2012, ENE before Charles Donovan is GRANTED. The representatives shall be available at all times to participate telephonically in the ENE in accordance with ADR L.R. 5-10(f).

    IT IS SO ORDERED.

August 21, 2012          By: _____
Dated                                     Donna M. Ryu
                                          United States Magistrate Judge

GRANTED
Judge Donna M. Ryu