GEORGE W. NOWELL (SBN: 83868)
george.nowell@nowelllaw.com
PAUL B. ARENAS (SBN: 167863)
paul.arenas@nowelllaw.com
**LAW OFFICES OF GEORGE W. NOWELL**
100 Montgomery Street, Suite 1990
San Francisco, CA 94104-4322
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
Attorneys for plaintiffs:
TOKIO MARINE & NICHIDO FIRE
CO. LTD. (U.S. BRANCH)

JOHN D. GIFFIN, ESQ. (SBN: 89608)
john.giffin@kyl.com
JENNIFER M. PORTER (SBN: 261508)
jennifer.porter@kyl.com
**KEESAL YOUNG & LOGAN**
450 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 348-6000
Facsimile: (415) 348-6001
Attorney for defendant:
SK SHIPPING and SK SHIPPING CO. LTD.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOKIO MARINE & NICHIDO FIRE CO. LTD. (U.S. BRANCH) <br><br> Plaintiff, <br><br> v. <br><br> M/V INDIGO OCEAN, her engines, tackle, machinery, appurtenances, etc., <u>in rem</u>; and SK SHIPPING; SK SHIPPING CO. LTD..; SHOEI KISEN KAISHA, LTD. <u>in personam</u>, <br><br> Defendants. | CASE NO.: C 12-0639 PJH <br><br> **NOTICE OF SETTLEMENT AND REQUEST FOR 45 DAY CONDITIONAL DISMISSASL; ~~PROPOSED~~ ORDER** <br><br> Case Management Conference Date: October 11, 2012 at 2:00 p.m. <br> Trial Date: Not Yet Set <br><br> Judge: Hon. Phyllis J. Hamilton <br> Courtroom: 3, 3rd Floor |

## NOTICE OF SETTLEMENT

TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF

RECORD:

    PLEASE TAKE NOTICE THAT the above captioned parties have entered into a

settlement of this matter on September 26, 2012. This settlement includes all parties and all

1

**NOTICE OF SETTLEMENT; REQUEST FOR 45 DAY CONDITIONAL DISMISSAL;
[PROPOSED] ORDER (C 12-0639 PJH)**

P0927.12-1927

causes of action.

The Settlement will be concluded within 45 days

## REQUEST FOR CONDITIONAL DISMISSAL

The parties request that the Court Order this case conditionally dismissed for 45 days from September 26, 2012 to November 10, 2012 (Saturday) in order to provide time for the parties to execute their release, fund the settlement and to conserve judicial resources.

The parties agree and request that if any party hereto certifies to this Court by November 12, 2012 (first Court day following expiration of 45 days), that the agreed consideration for said settlement has not been delivered over or the release signed, the Conditional Dismissal Order shall stand vacated and this action shall forthwith be restored to the calendar to be set for trial.

Dated: September 27, 2012　　　　**LAW OFFICES OF GEORGE W. NOWELL**

By: /S/ PAUL B. ARENAS
PAUL B. ARENAS
Attorneys for plaintiff
TOKIO MARINE & NICHIDO FIRE
CO. LTD. (U.S. BRANCH)

Dated: September 27, 2012　　　　**KEESAL YOUNG & LOGAN**

By: /S/ JENNIFER M. PORTER
JENNIFER M. PORTER, ESQ.
Attorneys for defendants
SK SHIPPING and SK SHIPPING CO. LTD.

1 **[PROPOSED] ORDER**

2  The Parties hereto, by their counsel, having advised the Court that they have agreed to a
3  settlement of this action.

4  IT IS HEREBY ORDERED that this action is dismissed with prejudice; provided,
5  however, that if any party hereto shall certify to this Court, with a proof of service of a copy on
6  opposing counsel on or before November 12, 2012 (first Court day following 45 days from
7  settlement), that the agreed consideration for the settlement has not been delivered over or the
8  release signed; this Order shall stand vacated, and the action shall be restored to the calendar to
9  be set for trial.

10  Dated: __September 28__, 2012



HON. _____
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

LAW OFFICES OF GEORGE W. NOWELL
100 Montgomery Street, Suite 1990
San Francisco, CA 94104-4322
Phone: (415) 362-1333 Fax: (415) 362-1344

3
**NOTICE OF SETTLEMENT; REQUEST FOR 45 DAY CONDITIONAL DISMISSAL;
[PROPOSED] ORDER (C 12-0639 PJH)**

P0927.12-1927